IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DOROTHY R. LISTON,

    Plaintiff,

vs.

SANITEC INTERNATIONAL
HOLDINGS, INC., *et al.*,

    Defendants.

Case Number: 1:01cv807-SJD

District Judge Susan J. Dlott

## ORDER

Upon advice of counsel that this case may be administratively closed, the Court hereby **ORDERS** that the case be administratively closed.

*/s/ Susan J. Dlott*
U.S. District Judge